CRETE MILLS *v.* CANFIELD.

CORPORATIONS — FOREIGN CORPORATION — FAILURE TO SECURE CER-
TIFICATE MUST BE PLEADED—MOTION TO DISMISS.

> In an action by a foreign corporation, that plaintiff had
> not procured a certificate of authority to carry on its
> business in this State, as required by Act No. 84, Pub.
> Acts 1921 (Comp. Laws Supp. 1922, § 9053 [164]), should
> have been pleaded and was not available on a motion to
> dismiss.

Certiorari to Kent; Dunham (Major L.), J. Sub-
mitted January 17, 1923. (Docket No. 114.) De-
cided March 23, 1923.

Assumpsit by the Crete Mills against William S.
Canfield for the value of certain mill products. From
an order granting a motion to dismiss, plaintiff brings
certiorari. Reversed and remanded.

*J. Claude Youdan,* for appellant.

*Laurence W. Smith,* for appellee.

CLARK, J. Plaintiff is a Nebraska corporation.
Following the filing of its declaration defendant moved
to dismiss on the ground that plaintiff had not pro-
cured from the secretary of State a certificate of
authority to carry on its business in the State of Mich-
igan as required by statute. See Act No. 84, Pub.
Acts 1921 (Comp. Laws Supp. 1922, § 9053 [164]).
The cause was dismissed. Plaintiff brings error and
had accompanying writ of certiorari.

The matter should have been pleaded and was not
available upon a motion to dismiss. See *Selznick
Enterprises* v. *Garson Productions,* 202 Mich. 106,
111; *Vyse* v. *Richards,* 208 Mich. 383; *Pagenkoff* v.

*Insurance Co.*, 197 Mich. 166, where the question is fully discussed.

The order of dismissal is set aside with costs to plaintiff.   The cause is remanded.

WIEST, C. J., and FELLOWS, McDONALD, BIRD, SHARPE, MOORE, and STEERE, JJ., concurred.